UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY BRIAN MALLGREN,<br><br>       Plaintiff,<br><br> -against-<br><br>INTERNAL REVENUE SERVICE,<br><br>       Defendant. | 25 CIVIL 2435 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 25, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: March 26, 2025
    New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                Chief United States District Judge